CJA

LYNN E. PANAGAKOS, #7696
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

Attorney for Defendant
ROYAL LaMARR HARDY

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 23 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 02-00133-ER |
| Plaintiff, | DEFENDANTS' JOINT NOTICE OF APPEAL; CERTIFICATE OF SERVICE |
| vs. | |
| ROYAL LaMARR HARDY, (1)<br>URSULA A. SUPNET, (2)<br>MICHAEL L. KAILING (3)<br>FRED M. ORTIZ (4), | |
| Defendants | |

## DEFENDANTS' JOINT NOTICE OF APPEAL

Notice is hereby given pursuant to Federal Rule of Appellate Procedure 4(b) that defendants Hardy, Supnet, Kailing and Ortiz, through undersigned counsel, hereby file an appeal to the United States Court of Appeals for the Ninth Circuit from the Judgments entered against and the sentences imposed on the defendants in

651

this criminal case.

DATED: Honolulu, Hawaii, September 23, 2005.

Respectfully submitted,

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS
Attorney for Defendant
ROYAL LaMARR HARDY

/s/ William A. Cohan / LEP
WILLIAM A. COHAN
Attorney for Defendant
URSULA A. SUPNET

/s/ Richard D. Gronna
RICHARD D. GRONNA
Attorney for Defendant
MICHAEL L. KAILING

/s/ Barry D. Edwards
BARRY D. EDWARDS
Attorney for Defendant
FRED M. ORTIZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be duly served upon the following:

CLARE E. CONNORS, ESQ.
U.S. Attorney's Office
PJKK Federal Building
300 Ala Moana Blvd., Suite 6-100
Honolulu, HI 96850

DATE:     September 23, 2005, Honolulu, Hawaii

_____
Lynn E. Panagakos