NOT ATTIN WTH
EMERG
                                                                          i

INTERNAL USE ONLY: Proceedings include all events.
05-10641 USA v. Cassidy

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Clare E. Connors, Esq.<br>808/541-2850<br>Room 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850<br><br>Alan Hechtkopf, Esq.<br>202/514-5396<br>[COR LD NTC gov]<br>Gregory V. Davis, Esq.<br>FAX 202/305-8687<br>202/514-5396<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Tax Division/Appellate Section<br>P.O. Box 502<br>Washington, DC 20044 |
| v. | |
| TERRY LEROY CASSIDY, a/k/a<br>Shawn "Shawn Michaels"; a/k/a<br>Leroy Terry "Leroy Terry Hefley"<br>    Defendant - Appellant | Terry Leroy Cassidy<br>32192-013<br>[COR LD NTC prs]<br>FEDERAL CORRECTIONAL FACILITY<br>9595 West Quincy Ave.<br>Littleton, CO 80123<br><br>Alvin Kaohu Nishimura, Esq.<br>FAX 808/522-6530<br>808/522-6529<br>[COR LD NTC cja]<br>P.O. Box 4510<br>Kaneohe, HI 96744-8510<br><br>Barry D. Edwards, Esq.<br>FAX 808/988-2044<br>808/988-2005<br>[COR LD NTC cja]<br>2868 Kahawai St.<br>Honolulu, HI 96822<br><br>William A. Cohan, Esq.<br>FAX 858/550-9049<br>858-832-1632<br>[COR LD NTC ret]<br>WILLIAM A. COHAN PC<br>P.O. Box 3448 |

MOAT PRIVATE
EMERG
i

INTERNAL USE ONLY: Proceedings include all events.
05-10641 USA v. Cassidy

Rancho Santa Fe, CA 92067

MOATT ENVAIC
EMERG
                                                                    i

INTERNAL USE ONLY: Proceedings include all events.
05-10663 USA v. Hardy

UNITED STATES OF AMERICA            Alan Hechtkopf, Esq.
     Plaintiff - Appellee           202/514-5396
                                    [COR LD NTC gov]
                                    Gregory V. Davis, Esq.
                                    FAX 202/305-8687
                                    202/514-5396
                                    [COR LD NTC gov]
                                    DOJ - U.S. DEPARTMENT OF
                                    JUSTICE
                                    Tax Division/Appellate Section
                                    P.O. Box 502
                                    Washington, DC 20044

     v.

ROYAL LAMARR HARDY                  Lynn E. Panagakos, Atty
     Defendant - Appellant          FAX 808/566-0347
                                    808/521-3336
                                    Second Floor
                                    [COR LD NTC cja]
                                    345 Queen St.
                                    Honolulu, HI 96813

MOATT IN W/O
EMERG
i

INTERNAL USE ONLY: Proceedings include all events.
05-10664 USA v. Supnet, et al

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Clare E. Connors, Esq.<br>808/541-2850<br>Room 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850<br><br>Alan Hechtkopf, Esq.<br>202/514-5396<br>[COR LD NTC gov]<br>Gregory V. Davis, Esq.<br>FAX 202/305-8687<br>202/514-5396<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Tax Division/Appellate Section<br>P.O. Box 502<br>Washington, DC 20044 |
|   v. | |
| URSULA A. SUPNET, aka Ursula Ann "Ursula Ann Sounet"<br>    Defendant - Appellant | William A. Cohan, Esq.<br>FAX 858/550-9049<br>858-832-1632<br>[COR LD NTC ret]<br>WILLIAM A. COHAN PC<br>P.O. Box 3448<br>Rancho Santa Fe, CA 92067 |

```
                                                            MOATT EDWATO
                                                            EMERG
                                                                             i
INTERNAL USE ONLY: Proceedings include all events.
05-10722 USA v. Kailing

UNITED STATES OF AMERICA            Clare E. Connors, Esq.
     Plaintiff - Appellee           808/541-2850
                                    Room 6-100
                                    [COR LD NTC aus]
                                    USH - OFFICE OF THE U.S.
                                    ATTORNEY
                                    PJKK Federal Building
                                    300 Ala Moana Blvd.
                                    P.O. Box 50183
                                    Honolulu, HI 96850

                                    Alan Hechtkopf, Esq.
                                    202/514-5396
                                    [COR LD NTC gov]
                                    Gregory V. Davis, Esq.
                                    FAX 202/305-8687
                                    202/514-5396
                                    [COR LD NTC gov]
                                    DOJ - U.S. DEPARTMENT OF
                                    JUSTICE
                                    Tax Division/Appellate Section
                                    P.O. Box 502
                                    Washington, DC 20044


     v.

MICHAEL L. KAILING                  Richard D. Gronna, Esq.
     Defendant - Appellant          FAX 808/521-4800
                                    808/523-2441
                                    Ste. 502
                                    [COR LD NTC cja]
                                    LAW OFFICES OF RICHARD D.
                                    GRONNA
                                    Haseko Center
                                    820 Mililani St.
                                    Honolulu, HI 96813
```

```
INTERNAL USE ONLY: Proceedings include all events.
05-10723 USA v. Ortiz
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Alan Hechtkopf, Esq.<br>202/514-5396<br>[COR LD NTC gov]<br>Gregory V. Davis, Esq.<br>FAX 202/305-8687<br>202/514-5396<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Tax Division/Appellate Section<br>P.O. Box 502<br>Washington, DC 20044 |
| v. | |
| FRED M. ORTIZ<br>    Defendant - Appellant | Barry D. Edwards, Esq.<br>FAX 808/988-2044<br>808/988-2005<br>[COR LD NTC cja]<br>2868 Kahawai St.<br>Honolulu, HI 96822 |